# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY RICE, et al, | ) |
| | ) Civil Action No. 2:17-cv-00489 |
| Plaintiffs, | ) |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| v. | ) |
| MATT CANESTRALE CONTRACTING, INC., et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

A Report of Mediation (ECF No. 153) was filed June 24, 2020, indicating a settlement has been reached. While counsel indicates there are some issues with the settlement, it appears there is no reason to keep this case open at this time, as the Court will retain jurisdiction over the case for any issues that arise. Therefore,

**IT IS ORDERED** this 30th day of September, 2020, that the Clerk of Court mark this case **CLOSED**. Nothing contained in this order shall be considered a dismissal or disposition of this action. Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   All Counsel of Record.