IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh Division

| | |
|---|---|
| HOLLY RICE, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 2:17-cv-00489-LPL |
| | : **JURY TRIAL DEMANDED** |
| ALLEGHENY ENERGY SUPPLY COMPANY, LLC, et al., | : |
| Defendants. | : |

## MOTION FOR APPROVAL OF SETTLEMENT BY AN ESTATE

AND NOW, comes one of the plaintiff Rudolph Smith by his counsel, Napoli Shkolnik, PLLC, and he hereby moves this Honorable Court in light of section 3323 of the Pennsylvania Probate, Estates, and Fiduciaries Code, 20 Pa.C.S.A. § 3323, and its potential application, for the approval of a settlement on behalf of the Estate of Yma Smith, deceased, in the above-captioned matter. In support thereof, Rudolph Smith, through counsel, avers as follows:

1. Plaintiffs, including Rudolph and the late Yma Smith, commenced this action seeking damages due to the alleged dispersion of coal ash and its fugitive dust onto the plaintiffs' properties.

2. Plaintiffs negotiated a confidential settlement which was conditioned, in part, upon obtaining any and all court approvals that may be required.

3. Yma Smith died on February 20, 2021 of causes unrelated to any claims in the above-captioned matter, after reaching the agreement to settle this case, but before the execution of any release.

4. The death of Yma Smith was not caused by any exposure to coal ash or fugitive dust and no Wrongful Death or Survivorship cause of action has been plead.

5. An estate was raised for Yma Smith by Rudolph Smith in the Orphans Court of Fayette County, Pennsylvania, at No. 2821-1020, and letters of administration were granted to him on or about October 12, 2021.

6. On October 18, 2021, Rudolph Smith executed a Confidential General Release and Settlement Agreement individually and as Administrator of the Estate of Yma Smith. Plaintiff does not contemplate that any settlement proceeds will go into the foregoing estate but will go to the surviving spouse as the sole and remaining plaintiff and owner of their property affected by the coal ash.

7. To date, Rudolph Smith, in his capacity as the Administrator of the Estate of Yma Smith, deceased, has not been substituted for the late Yma Smith.

8. Nevertheless, pursuant to 20 Pa.C.S.A. § 3323, court approval may be required for the settlement of Ema Smith's claim.

WHEREFORE, plaintiff Rudolph Smith, individually and as Administrator of the Estate of Yma Smith, deceased, respectfully requests that the Court approve of the aforesaid settlement on behalf of the Estate of Yma Smith, deceased.

    Respectfully submitted,

    NAPOLI SHKOLNIK, PLLC.
    Attorneys for Plaintiff

    By: /s/ W. Steven Berman
    W. Steven Berman, Esquire. (PA #45927)
    One Greentree Center, Suite 201
    10,000 Lincoln Dr. E.
    Marlton, NJ  08053
    Phone:  (856) 988-5575
    Fax:  (636) 843-7603

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 8, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record as registered with the system.

                                                      /s/ W. Steven Berman
                                                      W. Steven Berman, Esquire. (PA #45927)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh Division

| | | |
|---|---|---|
| HOLLY RICE, <u>et al.</u>, | : | Civil Action No. 2:17-cv-00489-LPL |
| Plaintiffs, | : | |
| v. | : | |
| ALLEGHENY ENERGY SUPPLY COMPANY, LLC, <u>et al.</u>, | : | |
| Defendants. | : | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 202_, upon due consideration of the Motion for Approval of Settlement by an Estate, said Motion is Granted. The settlement on behalf of the Estate of Yma Smith, Deceased, be and hereby is Approved. Rudolph Smith is hereby authorized nunc pro tunc to execute a release in favor of Matt Canestrale Contracting, Inc.

BY THE COURT:

_____ J.