IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh Division

| | |
|---|---|
| HOLLY RICE, et al., | : Civil Action No. 2:17-cv-00489-LPL |
| Plaintiffs, | : |
| v. | : |
| ALLEGHENY ENERGY SUPPLY COMPANY, LLC, et al., | : |
| Defendants. | : |

**ORDER OF COURT**

AND NOW, this 9th day of March, 2023 upon due consideration of the Motion for Approval of Settlement by an Estate, said Motion is Granted. The settlement on behalf of the Estate of Yma Smith, Deceased, be and hereby is Approved. Rudolph Smith is hereby authorized nunc pro tunc to execute a release in favor of Matt Canestrale Contracting, Inc.

BY THE COURT:

_____ J.
Lisa Pupo Lenihan
U.S. Magistrate Judge